RECEIVED-CLERK
U.S. DISTRICT COURT

2007 AUG -1  P 2: 59

**O'BRIEN, BELLAND & BUSHINSKY, LLC**
The Executive Plaza
2111 New Road, Suite 101
Northfield, New Jersey 08225
(609) 677-7930
*Attorneys for Plaintiffs*
By:   Brett I. Last, Esquire

| | |
|---|---|
| INTERNATIONAL UNION OF PAINTERS AND ALIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE, VACATION and APPRENTICE FUNDS, etc., et al, <br><br>                                        *Plaintiffs,*<br><br>vs.<br><br>RURE ASSOCIATES, INC., et al,<br><br>                                        *Defendant.* | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Misc. Case No. 05-5468 (KSH)<br><br><br><br><br><br>MOTION FOR SPECIAL APPOINTMENT |

Pursuant to Rule 4(c), F.R.C.P., the plaintiffs in the above-captioned civil action hereby move this Court to specifically appoint Guaranteed Subpoena, or such other person or agent as may be necessary, to serve the Writ of Execution upon Brunswick Bank & Trust in this action and represent that:

1.   Said person will be competent and not less than eighteen years of age;

2.   Said person will not be a party to this action;

3.   Granting the instant motion will effectuate substantial savings in time and/or travel fees of the United States Marshal.

_____
BRETT I. LAST, ESQUIRE
*Attorney for Plaintiffs*

## ORDER

AND NOW, to wit, this _6_ day of _August_, 2007, it is **ORDERED** that Guaranteed Subpoena, or such other person or agent as may be necessary, be and the same is hereby **SPECIFCALLY APPOINTED TO SERVE** the Writ of Execution upon Brunswick Bank & Trust in this action.

**IT IS FURTHER ORDERED** that proof of such service shall be made by affidavit in accordance with Rule 4(g) of the Federal Rules of Civil Procedure.

_Charlie Sanders_
Deputy Clerk
United States District Court